IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV310

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) **O R D E R** ) |
| THE WINNING TEAM, INC., d/b/a ARBY'S, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on Plaintiff's motion to seal certain documents pursuant to LCvR 6.1.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to seal is **ALLOWED.**

**IT IS FURTHER ORDERED** that Plaintiff's Memorandum in support of its Motion in Limine to Exclude David Garland as a Witness, filed October 20, 2008 (Document No. 42), and Plaintiff's Motion in Limine to Exclude Testimony and supporting Memorandum, filed October 20, 2008

(Document Nos. 43 and 44), are hereby **SEALED** and shall remain so pending further orders of this Court.

Signed: October 23, 2008

Lacy H. Thornburg
United States District Judge