IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV310

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>THE WINNING TEAM, INC., d/b/a )<br>ARBY'S, )<br>)<br>Defendant. )<br>) | **J U D G M E N T** |

**THIS MATTER** came on for trial before the Court and a jury, and the jury having rendered its verdict,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff recover nothing, that the action is hereby **DISMISSED ON THE MERITS**, and the Defendant shall recover its costs from the Plaintiff.

Signed: November 6, 2008

Lacy H. Thornburg
United States District Judge